UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| KURTIS WALLACE, | : | Case No. 3:13-cv-119 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| v. | : | Chief Magistrate Judge Sharon L. Ovington |
| STATE FARM INSURANCE, | : | **DISMISSAL WITH PREJUDICE** |
| Defendant. | : | |

The Parties have settled the claims at issue this lawsuit for $7,500, and Plaintiff, Kurtis Wallace, has executed a General Release. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), the Parties have stipulated and agreed that all claims, counterclaims and cross-claims in this matter are hereby dismissed with prejudice and cannot be refiled in any court. Each Party is responsible for paying their own costs, expenses and attorney fees.

**IT IS SO ORDERED:**

_____
DISTRICT JUDGE

**STIPULATED AND AGREED:**

*/s/ Kurtis Wallace*
Kurtis Wallace
2823 Campus Drive
Dayton, Ohio 45406

Plaintiff, *Pro Se*

*/s/ Gregory A. Harrison*
Gregory A. Harrison (0029814)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone:    (513) 977-8314
Facsimile:    (513) 977-8141
Email: greg.harrison@dinsmore.com

Trial Attorney for Defendant
State Farm Fire & Casualty Company

2332878v1